IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 02-189-1 |
| | : | |
| RAYMOND SHELTON | : | |
| | : | |

# O R D E R

Petitioner has filed a counseled habeas petition. (Doc. No. 260). I have ordered the Government to respond. (Doc. No. 261.) Accordingly, I will deny as moot the Petitioner's *pro se* Motions for leave to file, appointment of counsel, and other miscellaneous relief relating to his original *pro se* petition. (Doc. Nos. 238, 241, 244, 247.) I will also deny as moot the Government's Motion to Dismiss the *Pro Se* Petition. (Doc. No. 227.)

**AND NOW**, this 27th day of October, 2015, it is hereby **ORDERED** that the Petitioner's Motions for Miscellaneous Relief (Doc. Nos. 238, 241, 244, 247) and the Government's Motion to Dismiss the Petition (Doc. No. 227) are **DENIED as moot**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.